1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the United States

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   1:11-CV-01845-AWI-SKO
                                  )
12              Plaintiff,        )   **APPLICATION AND ORDER FOR**
                                  )   **PUBLICATION**
13       v.                       )
                                  )
14                                )
   APPROXIMATELY $10,000.00 in    )
15 U.S. CURRENCY,                 )
                                  )
16              Defendant.        )
                                  )
17 _____

18      The United States of America, Plaintiff herein, applies for an order of

19 publication as follows:

20      1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims

21 and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the

22 Plaintiff shall cause public notice of the action to be given in a newspaper of general

23 circulation or on the official internet government forfeiture site;

24      2.   Local Rule 171, Eastern District of California, provides that the Court

25 shall designate by order the appropriate newspaper or other vehicle for publication;

26      3.   The defendant approximately $10,000.00 in U.S. currency (hereafter

27 "defendant currency") was seized on or about March 24, 2011, at 3225 Villa Avenue

28 in Clovis, California and is in the custody of the U.S. Marshals Service, Eastern

                                  1                    Application and Order For Publication

1  District of California. The Drug Enforcement Administration published notice of the
2  non-judicial forfeiture of the defendant currency on June 13, 20, and 27, 2011, in
3  the *Wall Street Journal*.
4       4.    Plaintiff proposes that publication be made as follows:
5           a.    One publication;
6           b.    Thirty (30) consecutive days;
7           c.    On the official internet government forfeiture site
8           www.forfeiture.gov;
9           d.    The publication is to include the following:
10               (1)    The Court and case number of the action;
11               (2)    The date of the seizure/posting;
12               (3)    The identity and/or description of the property
13  seized/posted;
14               (4)    The name and address of the attorney for the Plaintiff;
15               (5)    A statement that claims of persons entitled to possession
16  or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the
17  Court and served on the attorney for the Plaintiff no later than 60 days after the
18  first day of publication on the official internet government forfeiture site; and
19               (6)    A statement that answers to the Complaint or a motion
20  under Rule 12 of the Federal Rules of Civil Procedure must be filed and served
21  within 21 days after the filing of the claims and, in the absence thereof, default may
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  be entered and condemnation ordered.

3  Dated: November 15, 2011            BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Heather Mardel Jones
5                                      HEATHER MARDEL JONES
                                       Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   November 15, 2011                    /s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE