BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $10,000.00 IN U.S. CURRENCY,<br><br>                  Defendant. | 1:11-CV-01845-SKO<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT CONFERENCE**<br><br>**SETTLEMENT CONFERENCE HEARING DATE: SEPTEMBER  18, 2012<br>TIME: 10:00 A.M.<br>COURTROOM 9**<br><br>**HONORABLE DENNIS L. BECK** |

      Claimant Tony Vue, and the United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

      1.     This stipulation is executed by all parties who have appeared in and are

1

1  affected by this action.

2      2.    The parties are requesting that the Settlement Conference currently set for September 18, 2012, at 10:00 a.m., before Honorable Magistrate Judge Dennis L. Beck, be vacated.  The initial agreement to set such an early and optimistic Settlement Conference hearing, was made with the understanding that the parties would be able to conduct initial discovery prior to the Settlement Conference to ensure the Settlement Conference would result in a meaningful discussion of the case.  However, in the short amount of time allotted, the parties have been unable to conduct the necessary discovery and now request that the currently scheduled Settlement Conference be vacated, with the understanding that the parties may request to have a Settlement Conference placed back on the Court's calendar in the future.

    3.    The parties hereby request and stipulate to remove from the Court's calendar, the Settlement Conference currently scheduled for September 18, 2012, at 10:00 a.m., before Honorable Magistrate Judge Dennis L. Beck.

    Respectfully submitted,

Dated:  September 10, 2012

    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Heather Mardel Jones
    HEATHER MARDEL JONES
    Assistant United States Attorney

Dated: September  10 , 2012

    /s/ Michael E. Mitchell
    MICHAEL E. MITCHELL
    Attorney for Claimant Tony Vue

2

## ORDER

Good cause having been shown and based on this stipulation, IT IS HEREBY ORDERED that the September 18, 2012, at 10:00 a.m. Settlement Conference is vacated.

IT IS SO ORDERED.

Dated:  **September 11, 2012**               /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE

3