UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $10,000 IN U.S. CURRENCY, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:11-cv-01845-SKO<br><br>**ORDER TO SUPPLEMENT THE MOTION TO WITHDRAW AS DEFENDANT TONY VUE'S ATTORNEY OF RECORD** |

　　On February 8, 2013, Mr. Michael Mitchell, counsel for Defendant Tony Vue, filed a motion to withdraw as attorney of record. (Doc. 20.) Mr. Mitchell indicates that Mr. Vue has failed to communicate with him, and Mr. Mitchell has been unable to contact Mr. Vue about this case, making it unreasonably difficult for Mr. Mitchell to carry out his representation of Mr. Vue effectively. (Doc. 20.)

　　While Mr. Mitchell's motion sets forth the efforts he has made to contact his client, the motion nonetheless requires further supporting documentation.  First, Mr. Mitchell has failed to provide to the Court with Mr. Vue's last known address. U.S. District Court for the Eastern District of California, Local Rules ("L.R."), Rule 182(d) ("The attorney shall provide an affidavit stating the current or last known address or addresses of the client . . . .").  Second, while Mr. Mitchell sets forth in his declaration that Mr. Vue was served via certified mail with a copy of Mr. Mitchell's

motion, a proof of this service has not been provided. L.R. 182(d) ("an attorney who has appeared may not withdraw leaving the client in propria persona without leave of court upon noticed motion and notice to the client . . . . ").

Accordingly, IT IS HEREBY ORDERED that:

1. **No later than March 8, 2013**, Mr. Mitchell shall supplement his motion to withdraw as counsel by filing the following:

    a. A statement setting forth his client's last known address; and

    b. A proof of service showing his client was served with the motion to withdraw;

2. Upon reviewing the supplemental information to be filed by Mr. Mitchell, the Court reserves the right to take the matter under submission without a hearing pursuant to Local Rule 230(g); and

3. If the Court elects to take the matter under submission, a minute order will be issued prior to March 13, 2013.

IT IS SO ORDERED.

**Dated:   March 4, 2013**                     /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE